UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE THE MATTER OF THE SEIZURE OF ONE MICHELE BRAND WATCH AND ONE NECKLACE | CASE NO. 2:25-mc-00020-LK<br><br>ORDER EXTENDING GOVERNING CAFRA DEADLINE |

This matter comes before the Court on the parties' Stipulation and Motion to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. § 983(a)(3)(A). Dkt. No. 3. In light of their agreement and their submissions, and pursuant to Section 983(a)(3)(A), the Court ORDERS:

The Civil Asset Forfeiture Reform Act ("CAFRA") deadline is hereby extended to October 31, 2025, for the following property seized on or about October 10, 2024:

- One Michele Brand Watch; and
- One Necklace.

IT IS SO ORDERED.

Dated this 4th day of August, 2025.

*Lauren King*
Lauren King
United States District Judge

ORDER EXTENDING GOVERNING CAFRA DEADLINE - 1